IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TANYA MILLER** | * | |
| **KEVIN MILLER** | | Case No. _____ |
| 10012 Graystone Dr. | * | |
| Upper Marlboro, MD 20772 | | <u>Jury Trial Demanded</u> |
| *On their own behalf and on behalf of all* | * | |
| *others similarly situated,* | | |
| | * | |
| Plaintiffs, | | |
| | * | |
| v. | | |
| | * | |
| **PRESTIGE FINANCIAL SERVICES, INC.** | | |
| 1420 South 500 West | * | |
| Salt Lake City, UT 84115 | | |
| | * | |
| Defendant. | | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>NOTICE OF REMOVAL</u>

Defendant, Prestige Financial Services, Inc., by its attorneys, files this Notice of Removal

and related papers pursuant to 28 U.S.C. §§ 1441, 1332 and 1446 to remove the action styled as

*Tanya Miller, et al vs Prestige financial Services, Inc.*, Civil No. 24-C-09-003212 OT, from the

Circuit Court for Baltimore City, Maryland, to the United States District Court for the District of

Maryland, and in support states the following:

### FILING AND SERVICE OF COMPLAINT

1.      *The Complaint.*  On May 14, 2009 Plaintiffs filed this action in the Circuit Court

for Baltimore City, Maryland ("State Court") pursuant to Maryland Rule 2-231 by way of a

complaint filed against Defendant alleging violations of §§ 12-1018, 12-1021, 13-301, 13-303,

14-3401, et seq. and 14-3501, et seq. of the Commercial Law Article of the Annotated Code of

Maryland relating to the alleged repossession and sale of automobiles by Defendant (the "Complaint"). On May 22, 2009 the State Court issued a 30 day Writ of Summons.

2.      *Service on Defendant.* On May 28, 2009 Defendant was served with a copy of the Complaint and Writ of Summons by service upon its resident agent, The Corporation Trust, Inc. No further proceedings have occurred in the case in State Court.

3.      *Attachment of Copies of Pleadings.* Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto as Exhibit A a copy of all process, pleadings, and orders arising from Plaintiff's Complaint and served to date on Defendant.

## JURISDICTION AND VENUE

4.      *Basis for Federal Jurisdiction.* This Court has original jurisdiction over the above-entitled action pursuant to 28 U.S.C. §§ 1332(a) and (d). As set forth below, Defendant is entitled to remove this action pursuant to 28 U.S.C. § 1441(a) because: (i) this action is a civil action pending within the jurisdiction of the United States District Court for the District of Maryland; (ii) this action is between citizens of different states; and (iii) the matter in controversy exceeds the sum or value of $5,000,000 with respect to § 1332(d), exclusive of interest and costs.

5.      *Venue.* Venue lies in the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. §§ 1391(a) and 1441(a), and Local Rule 501.2, because Plaintiff filed the Complaint in the Circuit Court for Baltimore City, Maryland.

## CITIZENSHIP OF PARTIES

6.     *Plaintiffs' Citizenship.*  According to the allegations in the Complaint, and on information and belief, at the time this action was commenced and at all times through the present, the Named Plaintiffs, Tanya Miller and Kevin Miller, were and remain citizens of Prince George's County, Maryland (Complaint at 1, 5 at ¶ 25). The Named Plaintiffs have brought suit individually and on behalf of two classes of individuals, referenced in the Complaint as the Repossession Class and the Lawsuit Class. Plaintiffs allege that they purchased motor vehicles financed by retail installment sales agreements which were then assigned to Defendant, and that Defendant subsequently repossessed and sold those vehicles. Complaint at ¶¶ 3, 5, 8. For purposes of determining subject matter jurisdiction pursuant to 28 U.S.C. § 1332, Plaintiffs are citizens of the State of Maryland.

7.     *Defendant's Citizenship.* Defendant Prestige Financial Services, Inc. is a corporation organized under the laws of the State of Utah with a principal business address at 1420 South 500 West, Salt Lake City, UT 84115. For the purposes of determining subject matter jurisdiction pursuant to 28 U.S.C. § 1332(c)(1), Defendant is a citizen of the State of Utah. Defendant was a citizen of Utah at the time this action was commenced and has remained a citizen of Utah at all times through the present. *See* 28 U.S.C. § 1332(c)(1). (Complaint at ¶ 26).

8.     *Existence of Complete Diversity.* For the reasons described in the preceding paragraphs, complete diversity exists between Plaintiff and Defendant. *See* 28 U.S.C. § 1332(a)(1).

## GROUNDS FOR REMOVAL

9.      *Amount in Controversy.* The Complaint seeks injunctive relief, specific performance and *ad damnum* clauses in excess of $63,000,000 in aggregate. Complaint at ¶¶ 98, 115.

10.     *Summary of Right to Remove.* This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1332 and 1441(b) because complete diversity of citizenship exists between Plaintiffs and the Defendant, the Defendant is not a citizen of the state in which this action was brought, and the amount in controversy exceeds $5,000,000 with respect to § 1332(d), exclusive of interest and costs. Removal of this action is authorized by the Class Action Fairness Act.

## PROCEDURAL MATTERS

11.     *Timeliness of Filing.* Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being timely filed with this Court within thirty (30) days after the May 28, 2009 service on Defendant of the Complaint and Summons.

12.     *Notice of Filing Notice of Removal.* Upon filing of this Notice of Removal, Defendant shall provide prompt written notice to Plaintiff's attorneys and shall file and serve a copy of this Notice with the clerk of the Circuit Court for Baltimore City, Maryland.

13.     *Copy of Pleadings in State Court Action.* Pursuant to Local Rule 103.5.a, Defendant shall file within thirty (30) days of this notice true and legible copies of all other documents on file in the Circuit Court for Baltimore City, Maryland in Plaintiff's state court action. Furthermore, Defendant has attached a copy of all process, pleadings, and orders arising from Plaintiff's Complaint and served to date on Defendant to this Notice.

14.    *Compliance with Rule 11.* This Notice of Removal is hereby being signed pursuant to Rule 11 of the Federal Rules of Civil Procedures.

WHEREFORE, Defendant Prestige Financial Services, Inc. prays that the action pending against it in the Circuit Court for Baltimore City, Maryland be removed to this Court.

Dated this 24th day of June, 2009.


Francis J. Gorman, P.C. (Bar No. 00690)
**GORMAN & WILLIAMS**
36 South Charles Street, Suite 900
Baltimore, Maryland 21201
Telephone: (410) 528-0600
Facsimile: (410) 528-0602
Email: fjgorman@gandwlaw.com

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| Tanya Miller, et al. | * | |
| Plaintiffs | * | |
| v. | * | Civil No.: |
| Prestige Financial Services, Inc. | * | |
| Defendant | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of June, 2009 a copy of the foregoing Notice

of Removal was served by first-class mail, postage prepaid, addressed to:

Peter A. Holland, Esq.
The Holland Law Firm, P.C.
Clock Tower Place
1410 Forest Drive, Suite 21
Annapolis, MD 21403
410-280-6133
410-280-8650 (fax)
Attorney for Plaintiffs

Scott C. Borison, Esq.
Legg Law Firm, LLC
5500 Buckeystown Pike
Frederick, MD 21703
301-620-1016
301-620-1018 (fax)
Attorney for Plaintiffs

Francis J. Gorman