Try Another Page | Return to Main COMAR Search Page

11.12.01.15

## .15 Vehicle Sales Contracts.

A. Contracts. Every vehicle sales contract or agreement shall be evidenced by an instrument in writing containing all of the agreements of the parties. It shall be signed by all parties before the seller delivers to the buyer the vehicle covered by the agreement.

B. Copy of Instrument. At the time the buyer signs the instrument, the seller shall deliver to him an exact copy of it. Until the buyer signs the instrument and receives a copy of it signed by the seller, the buyer or prospective buyer has an unconditional right to cancel the instrument or order and to receive immediate refund of all down payments or deposits made on account of, or in contemplation of, the agreement or order.

C. Terms of Down Payment.

(1) If, under any vehicle sales contract or agreement, the buyer is required to make one or more payments to the seller in addition to any down payments made at the time of the execution of the instrument before the seller is obligated to deliver the goods sold, then the buyer at any time before delivery or tender of the goods by the seller, may cancel the instrument. Thereupon, notwithstanding any provisions of the instrument, the seller shall be obligated to refund to the buyer, within 10 days after notice of the cancellation, an amount equal to at least 90 percent of all payments made by the buyer under the instrument, including any down payment. If the seller has placed an order for special optional equipment, paint, or similar items, or if, at the request of the buyer, the dealer has modified a vehicle which he has in stock, and the vehicle sales contract has been properly signed by all parties attesting to this fact, if the buyer subsequently cancels the contract before delivery or tender of the vehicle, the seller shall refund the down payment within 10 days after notice of the cancellation, less reasonable expenses incurred in the ordering of or the modification of the vehicle. The contract shall clearly disclose that the dealer may retain a portion of the deposit or down payment to cover any reasonable expenses incurred as a result of the cancellation of the contract. When a portion of the down payment or deposit is retained by the seller, the seller shall furnish the buyer with an itemized list reflecting all expenses incurred as a result of the cancellation of the contract. In disputed cases, the Administration shall decide whether the expenses claimed by the seller are reasonable.

(2) If, under a vehicle sales contract or agreement, a down payment is made at the time of its execution and the buyer thereby becomes entitled to delivery of the goods before making further payments, then, if the buyer refuses to accept delivery of the goods in accordance with the instrument, all or part of the down payment may be forfeited to the extent provided in the instrument.

D. Cost of Vehicle to be Set Forth. Every contract for the sale of any vehicle by a dealer or salesman shall set forth clearly the principal amount of the cost of the vehicle and all interest or other charges made in connection with the sale of the vehicle.

E. Brakes. Dealers shall inform the buyer of a trailer in writing that the trailer brakes shall conform to the requirements of Transportation Article, § 22-301, Annotated Code of Maryland.



EXHIBIT B