UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TANYA MILLER, et al. | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | CIVIL NO. L-09-1671 |
| | * | |
| PRESTIGE FINANCIAL SERVICES, INC. | * | |
| Defendant | * | |

*******

ORDER

Now pending is the parties' joint Motion to Certify Class for Settlement, for Preliminary Approval of Settlement, and for Approval of the Form, Manner, and Administration of Notice. Docket No. 24.

For the reasons stated in Open Court, the Court hereby:

(i)   GRANTS the Motion;

(ii)  SCHEDULES the fairness hearing for **November 10, 2010** at **9 a.m.**

It is hereby ORDERED this   1st   day of   July  , 20 10 .

                    /s/
Benson Everett Legg
United States District Judge