IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| TANYA MILLER, et al | * | |
| Plaintiffs | * | Civil Action No. 1:09-cv-1671 BEL |
| v. | * | |
| PRESTIGE FINANCIAL SERVICES, INC. | * | |
| Defendant | * | |

_____

**MOTION FOR APPROVAL OF INCENTIVE PAYMENTS TO CLASS REPRESENTATIVES AND ATTORNEYS FEES AND COSTS TO CLASS COUNSEL**

The undersigned submit this Motion, which is supported by an accompanying Memorandum, for the court to approve (a) the incentive payment of $6,000 for each class representative that the Defendant agreed to pay in addition to the common fund; and (b) attorneys fees and costs in the total amount of $115,500.00 that the Defendant agreed to pay in addition to the common fund. These amounts were a result of arms length negotiation between the parties through a mediation conducted by Magustrate Judge Grimm.

Respectfully submitted,

_____/s/_____
PETER A. HOLLAND (Bar No. 10866)
The Holland Law Firm, P.C.
124 South Street, Ste. 3
Annapolis, MD 21401
410 280 6133
peter@hollandlawfirm.com


SCOTT C. BORISON (Bar No. 22576)
Legg Law Firm, LLC
5500 Buckeystown Pike

Frederick, MD 21703
301 620 1016
Borison@legglaw.com

*Attorneys for Named Plaintiffs and Classes*